UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY WHITE,

Plaintiff,

v.

COUNTY OF SAGINAW and MDOC,

Defendants.
_______________________________/

Case No. 4:26-cv-12920

Hon. F. Kay Behm
United States District Judge

**ORDER REQUIRING PLAINTIFF TO FILE AN AMENDED COMPLAINT**

On August 18, 2026, Plaintiff Jerry White, proceeding *pro se*, filed a one-page complaint against Saginaw County and the MDOC. ECF No. 1. The entirety of Plaintiff's complaint is as follows: "Plaintiff has suffered irreversible harm due to these factors, being falsely accused, by over zealous trooper DANIEL J. CAVISTCON 37-1512-86. This OFFICER FALSIFIED documents, witness tampering and perjury. Plaintiff did 5 years in prison and 2 years on parole." *Id.* On September 9, 2026, Saginaw County filed a motion to dismiss in which it argues that the complaint fails to state a claim upon which relief can be granted. ECF No. 6.

Under Federal Rule of Civil Procedure 8(a), a party's complaint must include "a short and plain statement of the claim showing that the pleader is entitled to relief." *See Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 545 (2007) (the complaint must provide "a short and plain statement showing that the pleader is entitled to relief," in order to "give the defendant fair notice of what the...claim is and the grounds upon which it rests."); *Ashcroft v. Iqbal*, 556 U.S. 662, 677 (2009) (A complaint must "contain[] sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face."). While a *pro se* pleading is held to a less stringent standard than formal pleadings drafted by lawyers, a *pro se* plaintiff must still satisfy the "facial plausibility" standard of *Iqbal* and *Twombly*. *Smith v. City of Cleveland*, 2014 WL 639833, at *2 (N.D. Ohio Feb. 18, 2014) (citing *Stanley v. Vining*, 602 F.3d 767, 771 (2010)).

At present, Plaintiff's complaint entirely fails to set forth his claims or explain how each Defendant allegedly violated his rights. Accordingly, in the interest of justice, the Court will afford Plaintiff the opportunity to cure these deficiencies by filing an amended complaint. Plaintiff is therefore **ORDERED** to file an amended complaint that complies with Fed. R. Civ. P. 8 **within 14 days** of the date of this Order. The amendment should provide, at a

minimum, a short and plain statement of the claim or claims brought against each Defendant and the facts upon which each claim is based. Failure to file an amended complaint may result in Defendant's motion being granted and the case being dismissed without further notice.

**SO ORDERED.**

Date: September 10, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge